**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

| | |
|---|---|
| **LARRY R. TURNER,** | **PETITIONER** |
| **V.** | **NO. 4:08CV008-P-B** |
| **MARGARET BINGHAM, et al.,** | **RESPONDENTS** |

## FINAL JUDGMENT

In accordance with the opinion issued this day, the instant cause is **DISMISSED** without prejudice and this case is **CLOSED**. Petitioner's motion to proceed *in forma pauperis* is **DENIED**.

**IT IS SO ORDERED.**

THIS the 2nd day of April, 2008.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE